25450. THOMAS *v*. THE STATE.

MacIntyre, J. This case is controlled by the ruling in *Thomas* v. *State, ante.* *Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*